# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3901
_____

L. S., mother of T. C., minor
child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

April 23, 2018


PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ronald Newlin, Tallahassee, for Appellant.

Sarah J. Rumph, Appellate Counsel for Children's Legal Services, Tallahassee, for Appellee.

Thomasina Moore, Statewide Director of Appeals for Guardian Ad Litem Program, Sanford, for Guardian Ad Litem.